IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GRANT C. LITTLE and MARTHA LITTLE,

    Plaintiffs,

v.

                              Case No. 18-cv-166-jdp

BNSF RAILWAY COMPANY and
PROFESSIONAL TRANSPORTATION, INC.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered as follows:

1) in favor of plaintiff Grant C. Little against defendants BNSF Railway Company and Professional Transportation, Inc. awarding compensatory damages in the amount of $726,000.00.

2) in favor of defendant Professional Transportation, Inc. against plaintiff Martha Little dismissing her claim.

Approved as to form this \_\_\_11TH\_\_\_ day of July, 2019.

_____
James D. Peterson
District Judge

_____      7/11/19
Peter Oppeneer                            Date
Clerk of Court